ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Aviation Training Consulting, LLC | ) | ASBCA No. 63279 |
| | ) | |
| Under Contract No. FA8621-16-C-6339 | ) | |

APPEARANCES FOR THE APPELLANT:    Matthew T. Schoonover, Esq.
                                  John M. Mattox II, Esq.
                                    Schoonover & Moriarty LLC
                                    Olathe, KS

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
                                     Air Force Deputy Chief Trial Attorney
                                   Aaron J. Weaver, Esq.
                                   Geoffrey R. Townsend, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

Appellant requests that the appeal be dismissed with prejudice. The government has not taken a position upon that request. The appeal is dismissed from the Board's docket with prejudice.

Dated: March 4, 2024.


_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63279, Appeal of Aviation Training Consulting, LLC, rendered in conformance with the Board's Charter.

Dated:  March 4, 2024

_for_ Tammye D. Allett

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals